## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| JEFFERY CHAD PALMER, *et al.* ) ) ) *Plaintiffs* ) ) v. ) ) SUN COAST CONTRACTING ) SERVICES, LLC, *et al.* ) ) *Defendants* ) | Case No. 1:15-cv-00034-HSO-JCG |

### PLAINTIFFS' MOTION TO STRIKE THE OPINIONS OF EXPERT WITNESS, JIM MARTIN OR, IN THE ALTERNATIVE, MOTION FOR *DAUBERT HEARING*

Plaintiffs, Claimants, Jeffery Chad Palmer ("Palmer"), Brenda and Mark Rody ("Rody"), Donald and Jennifer Juan ("Juan"), David and Karen Taporco ("Taporco"), Kimberly and Milton Jacobs, Jr. ("Jacobs"), Mary and Nicholas Sciambra ("Sciambra") and Anthony Pressley ("Pressley") (collectively, "Plaintiffs"), by and through counsel, submit their Motion to Strike the Opinions of Expert Witness, Jim Martin, and would show unto the Court the following, to-wit:

Pursuant to Rule 702 of the Federal Rules of Evidence, Plaintiffs move to exclude or limit the opinions of Jim Martin ("Mr. Martin") because he lacks the requisite knowledge, skill, experience, or training to offer reliable testimony; he has not employed a sound methodology to formulate his opinions; and his opinions are not founded on sufficient facts or data. In support of this Motion, Plaintiffs rely upon their Memorandum in Support of this Motion, which is incorporated herein by reference, and the following exhibits:

Exhibit 1: Jim Martin Report

Exhibit 2: Jim Martin deposition;

Exhibit 3: Jill Butler report

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully requests the entry of an Order granting this motion and excluding or limiting Mr. Martins opinions and any and all other relief to which this Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 20th day of March, 2017.

>JEFFERY CHAD PALMER, ET AL.,
>PLAINTIFFS
>
>By and through their Attorneys,
>
>By: */s/ Lewie G. Negrotto IV*
>Lewie G. "Skip" Negrotto IV (10060)
>NEGROTTO & ASSOCIATES, PLLC
>133 Davis Avenue, Suite L
>Pass Christian, MS 39571
>Telephone: (228) 222-4777
>Facsimile: (866) 526-0715
>E-Mail: skip@negrottolaw.com
>
>By: */s/ Donald J. Rafferty*
>Donald J. Rafferty (4599)
>RAFFERTY LAW GROUP, PLLC
>2118 18th Street
>Gulfport, MS 39501
>Telephone: (228) 868-5421
>Facsimile: (228) 868-5422
>E-Mail: donaldrafferty@bellsouth.net

## **CERTIFICATE OF SERVICE**

I, the undersigned counsel, does hereby certify that I have this date filed the foregoing pleading with the Clerk of Court using the ECF system which sent notification of such filing to all counsel of record.

This the 20th day of March, 2017.

                                                                    */s/ Lewie G. Negrotto IV*