

June 9, 2016

Vincent Noletto
Carr Allison
6251 Monroe Street, Suite 200
Daphne, AL 36526

      **RE:**    Professional Engineering Services
                  Palmer, Et al. vs. Suncoast, Et al.
                  Case No. 1.15-CV-0034-HSO-JCG
                  DEI Project No. 9994

Mr. Noletto,

Thank you for retaining Design Engineering, Inc. (DEI) for the review and analysis of the drainage system designed by Linfield, Hunter & Junius Inc. (LHJ) for the Sand Drying Facility located in the Picayune Industrial Park. The following contains an evaluation of the claims made against LHJ pertaining to this site and the design of the drainage and detention system. I have attached hereto a current resume that notes my qualifications as well as rate sheet the shows the terms under which we are compensated to produce this work.

**Background**

The Picayune Industrial Park is a 126 acre site located in Pearl River County south of Picayune Mississippi (Township 6 South, Range 17 West). A portion of the industrial park is occupied by a sand drying facility bounded to the north by woodlands, to the east by a pre-existing railroad, to the south by open grassed fields, and to the west by the Alligator Branch stream and woodlands.

The sand drying facility is located to the north/northeast of the Ravenwood Subdivision. The facility drains to Alligator Branch stream upstream of Ravenwood Subdivision. Both the facility and the Ravenwood Subdivision are located within the floodplain for Alligator Branch.

The facility encompasses approximately 16 acres. LHJ was contracted to develop the drainage plan for the facility.

A complaint and subsequent suit was brought against the facility and others (including LHJ), claiming (among many other things) that the construction of the facility increased peak storm water runoff entering Alligator Branch (Palmer, Et al. vs. Suncoast, Et al., Case No. 1.15-CV-0034-HSO-JCG). The claim further alleges that the increased peak runoff has caused increased flooding in the Ravenwood Subdivision.

**Site Visit**

A visit to the facility was conducted on Monday April 18, 2016 during daylight hours to investigate the existing conditions at facility and to investigate the features of the surrounding area.

The site visit included a complete walkthrough of the facility. In addition, surrounding areas were also examined either on foot or via automobile. The site visit was photographically documented.

**Reviewed Documents**

In addition to the information gathered during the site visit, the following documents were utilized during the evaluation.

- Field Notes prepared by Linfield, Hunter & Junius Inc.
- Geotechnical Report prepared by Professional Service Industries, Inc.
- Drainage Report prepared by Linfield, Hunter & Junius Inc.
- Construction Drawings prepared by Linfield, Hunter & Junius Inc.
- Google Earth aerial images
- United States Department of Agriculture, National Resource Conservation Service - Technical Release 55 Urban Hydrology for Small Watershed
- United States Department of Agriculture, National Resource Conservation Service - Soil Maps
- Mississippi Department of Transportation, Roadway Design Manual (2001 Edition)
- Mississippi Handbook for Erosion Control, Sediment Control and Stormwater Management on Construction Sites and Urban Areas (Volumes 1, 2, 3)
- Drainage Review Letter prepared by River Sciences, LLC (February 12, 2016 & April 25, 2016)
- Drainage Review Letter supporting documentation prepared by River Sciences, LLC (June 3, 2016 & June, 8, 2016 & June, 9, 2016)
- Pre-Construction Survey prepared by Linfield, Hunter & Junius Inc.
- Post-Construction Survey prepared by Larry Smith Land Surveying
- National Flood Insurance Program Floodplain Management Guidebook (5th Edition)

**Scope**

While the complaints against the facility are numerous and diverse, LHJ performed professional services only with respect to the drainage of storm water from the facility to Alligator Branch. What is required in that capacity is that the design performs such that the post-development peak runoff from the site is the same or less than the pre-development runoff from the site.

The evaluation herein is limited to the services that LHJ performed.



**Alligator Branch Hydraulics**

The hydraulic analysis for the Alligator Branch stream (in the vicinity of the facility) for the pre-development condition and the post-development condition was not performed by LHJ.  As such, this work was not evaluated herein.

**Storm Water Peak Flows and Volumes**

To design a drainage and/or detention system for a site such as this, it is necessary to calculate the peak runoff for both the pre-development and post-development conditions.  If peak runoff increases post-development, there is a possibility that downstream flooding could increase.

Generally, the development of land can cause increased site runoff.  It is common to employ a storm water storage system, such as a detention basin, in these cases.  A detention basin, in conjunction with an outfall structure, can reduce the flow of water discharged from a site by increasing the time that storm water is detained on site.

DEI employed the Rational method to determine the peak runoff from the site for the pre-development condition (for a 10 year design storm).  The National Resource Conservation Service (NRCS) method was used to analyze the peak runoff from the site for the post-development condition (for the 10-year 24-hour design storm).  The Rational method calculations were performed in accordance with typical standard of care as well as the Mississippi Department of Transportation Roadway Design Manual (2001 Edition). The National Resource Conservation Service (NRCS) method was used in accordance with typical standard of care and as described in NRCS Technical Release 55.

The NRCS calculations were performed using Hydraflow Hydrographs Extension for AutoCAD Civil 3D 2014 Version 10.3.

The site was modeled in the predevelopment condition employing a Rational runoff coefficient of 0.3.  For the NRCS method, the site was broken into 23 respective drainage basins and modeled using calculated composite curve numbers, such that the ground was modeled using a CN that is representational of nearly flat sand with frequent depressions as were observed in field visits (CN of 63) and the impervious areas for full development of the site (CN 98 for areas such as roofs, train cars, etc).  The result is that the curve numbers for the individual basins vary between 63 and 77 for all basins.  This is a more rigorous and accurate analysis than simply assuming a single curve number that represents the entire site or even a single curve number for each basin.

In addition, there are several assumptions made therein that conservatively increase the post-development runoff.  The model uses the condition of full site development, which has not yet occurred and likely will not occur; rail cars are assumed to cover all straight portions of track during the storm events as well.  The effect of these conservative assumptions is to increase the curve numbers and in turn increase the post development runoff to some extent (in the basins with the rail and where future development was previously predicted).



The 10-year design storm for the 15.81 acre pre-developed site produced 22.53 cfs in the pre-developed condition. The 10-year 24-hour storm in the post-developed condition routed through the pond produces 15.63 cfs. As such, the pond performs as is required in that it allows the site to produce less peak runoff than the pre-developed condition.

The results of these calculations demonstrate that LHJ's designed drainage and detention system are adequately sized to reduce post-development peak runoff to a level that is less than the pre-development peak runoff for a 10 year design storm.

**Storm Water Diversion**

Based on the site visit and the documents reviewed, it appears that a storm water diversion, in the form of two (2) thirty-six (36) inch culvert pipes beneath Bradford Lane, has been installed south of the facility and north of Ravenwood Drive.

This occurs downstream of the site and was not a part of the work designed or analyzed by LHJ. As such, it was not included in the scope of this evaluation.

LHJ's design was limited to on-site modifications and limited the peak runoff leaving the site to levels that were less than the pre-developed condition. As such, there was no reason to consider modifications to Alligator Branch (other than installation of an outfall from the detention basin).

**Conclusions**

The review and analysis performed by River Science, LLC (RS) regarding the complaints voiced by residents of the Ravenwood Subdivision were compiled in a letter and provided to Negrotto & Associates, PLLC. The letter, dated April 25, 2016, addresses various perceived issues associated with the development of the facility and alleged impacts on the Ravenwood Subdivision.

The following are conclusions presented in the River Science letter; following each conclusion is a response appropriate to the work performed by LHJ.

- *The Flood Damage Prevention Ordinances of both the City of Picayune and Pearl River County require that, in cases of fill (such as that placed for the multi-track railroad spur) being placed in the SFHA of a Zone A or Zone AE stream, an engineering analysis be performed with respect to any impacts the fill would cause on flood heights. Although a hydraulic analysis was performed by Aqua Engineering, Ltd., a review of the analysis reveals that the entire length of the railroad spur was not included in the HEC-RAS computer modeling of Alligator Branch, and neither the buildings nor the stockpiled materials present at the industrial site were included. The 'No Rise' Certification does not reflect the asbuilt conditions and therefore does not meet the ordinance's requirement.*



The above conclusion does not pertain to the analysis and design performed by LHJ and as such was not part of this evaluation.

- *The Flood Damage Prevention Ordinance of both the City of Picayune and Pearl River County prohibit the placement of obstructions in the floodplain without an engineering analysis showing that the obstructions will not increase flood heights. An engineering analysis of Alligator Branch reflecting the obstructions contained in the industrial development should have been performed to determine any consequential increase in flood heights.*

  The above conclusion does not pertain to the analysis and design performed by LHJ and as such was not part of this evaluation.

- *The Flood Damage Prevention Ordinance of the City of Picayune requires that, for developments greater than 5 acres which are located in an un-numbered Zone A, a hydraulic analysis be performed and BFEs determined for the Zone A. The development of the industrial site should have triggered this requirement, and BFEs should have been determined for Alligator Branch within the Zone A. I could not find evidence that such a study was performed (it is not included in Aqua Engineering, Ltd.'s analysis).*

  The above conclusion does not pertain to the analysis and design performed by LHJ and as such was not part of this evaluation.

- *The Flood Damage Prevention Ordinance of Pearl River County requires that facilities be designed to prevent the discharge of excess runoff onto adjacent properties. However, a double line of drainage culverts has been installed in the plant access road on the south end of the industrial site which divert additional runoff into Alligator Branch upstream of Ravenwood Drive.*

  The above conclusion does not pertain to the analysis and design performed by LHJ and as such was not part of this evaluation.

- *The storm water detention basin analysis performed for the industrial site used the Rational method for determining inflow and outflow hydrographs. The storm water detention basin appears to be undersized due to the method used, and it is passing increased storm water volumes into Alligator Branch.*

  The Rational method is an accepted practice for determining pre-development peak runoff in conditions such as this.  The NRCS method is an accepted practice for evaluating detention requirements in conditions such as this.

  The analysis performed as part of this evaluation (appropriately using both the Rational and the NRCS methods) demonstrate that the designed detention pond is adequately sized to attenuate the peak runoff from the 10-year design storm such that the post-development peak runoff is less than that of the pre-development peak runoff.

Case 1:15-cv-00034-HSO-JCG    Document 242-1    Filed 03/21/17    Page 6 of 7



- *Based on the findings and conclusions listed above, I am of the opinion that the construction and existence of the plant has caused an increase in storm water volumes into Alligator Branch that did not exist prior to the plant construction and the increased frequency, intensity and duration of flood water recognized by the residents of Ravenwood is consistent with this increased storm water flow into Alligator Branch.*

The findings contained herein are not in agreement with this conclusion as it pertains to the work performed by LHJ; the post-development site does not produce a greater peak runoff than the pre-development site for the 10-year design storm. The other conclusions that may or may not influence the intensity, duration, and frequency of flooding in the Ravenwood Subdivision were not a part of this evaluation and no opinion is issued herein on those topics.

Sincerely,

DESIGN ENGINEERING, INC.

Jim Martin, Ph.D., P.E.
President

Design Engineering, Inc.
3330 West Esplanade, Suite 205, Metairie, Louisiana 70002
(504) 836-2155 • Fax (504) 836-2159 • E-mail: deiengr@dei-engr.com



Rates of Compensation

Principal - $275 / hr.

Senior Engineer – $140 / hr.

Actual Mileage – $0.55 / mile

Other Approved Reimbursable – Actual Cost