UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI SOUTHERN DIVISION

**JEFFERY CHAD PALMER, et al.**                                                              **PLAINTIFFS**

**v.**                                                       **CIVIL ACTION NO. 1:15cv34HSO-JCG**

**SUN COAST CONTRACTING
SERVICES, LLC, et al.**                                                                      **DEFENDANTS**

## MOTION *IN LIMINE* OF PLAINTIFFS

COMES NOW, Plaintiffs, Jeffery Chad Palmer ("Palmer"), Brenda and Mark Rody ("Rody"), Donald and Jennifer Juan ("Juan"), David and Karen Taporco ("Taporco"), Kimberly and Milton Jacobs, Jr. ("Jacobs"), Mary and Nicholas Sciambra ("Sciambra") and Anthony Pressley ("Pressley"), (collectively, "Plaintiffs") by and through counsel, and moves *in limine* to exclude certain testimony at the trial of this matter and in support would show unto the Court the following to-wit:

Plaintiffs, pursuant to Federal Rules of Evidence 401, 402, 403, and 404, move this Court for an order excluding opposing counsel from referring to or offering evidence concerning or relating to:

1. **TESTIMONY BY DEFENDANT'S, LINFIELD HUNTER AND JUNIUS, INC.'S ("LHJ") EXPERT, JIM MARTIN**

    A.  Regarding LHJ'S Duty

    B.  Regarding the validity of Jill Butler's report dated January 27, 2017

2. **TESTIMONY BY DEFENDANT'S, LINFIELD HUNTER AND JUNIUS, INC.'S ("LHJ") COMPANY REPRESENTATIVE, NATHAN JUNIUS**

3. **TESTIMONY BY DEFENDANTS' JOINTLY DESIGNATGED VALUATION EXPERT, ANDY JOHNSON**

4. **TESTIMONY BY DEFENDANTS', DRYING FACILITIES ASSET HOLDINGS, LLC' AND SHALE SUPPORT SERVICES, LLC, EXPERT, JOHN HOLLIDAY**

5. **TESTIMONY BY DEFENDANTS', DRYING FACILITIES ASSET HOLDINGS, LLC AND SHALE SUPPORT SERVICES, LLC, DESIGNATED MONITORING EXPERTS, CHRIS ROBERSON AND ANGIE HENDRIXJOHN HOLLIDAY**

In support of their Motion Plaintiffs simultaneously file their memorandum citing previously filed documents and providing relevant authority.

WHEREFORE PREMISES CONSIDERED, Plaintiffs pray for exclusion of all information listed above and for any and all other general relief to which they may be entitled.

RESPECTFULLY SUBMITTED, this the 6th day of July 2017.

Jeffrey Chad Palmer, et al,
Plaintiffs

BY:   */s/ Donald J. Rafferty*
DONALD J. RAFFERTY, MSB #4599
Counsel for the Plaintiffs

By:   */s/ Lewie G. Negrotto IV*
Lewie G. "Skip" Negrotto IV MSB# 10060

## Certificate of Service

I, Donald J. Rafferty, one of the attorneys for the Plaintiffs herein, hereby certify that on this day I electronically filed this foregoing Motion with the Clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

SO CERTIFIED, this the 7th day of July 2017.

*/s/ Donald J. Rafferty*
Donald J. Rafferty