IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEFFERY CHAD PALMER, et al.**                                       **PLAINTIFFS**

**v.**                                            **CIVIL NO. 1:15cv34-HSO-JCG**

**SUN COAST CONTRACTING SERVICES, INC., et al.**       **DEFENDANTS**

## FINAL JUDGMENT OF DISMISSAL

Before the Court is Plaintiffs Jeffery Chad Palmer, Brenda and Mark Rody, Donald and Jennifer Juan, David and Karen Taporco, Kimberly and Milton J. Jacobs, Jr., Mary and Nicholas Sciambra, and Anthony Pressley's ("Plaintiffs") Notice of Voluntary Dismissal [371] of Defendants Sun Coast Contracting Services, LLC, Integrated Pro Services, LLC, Ranger Contracting, LLC, H&H Trucking, LLC, and AHG Solutions, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed on August 4, 2017.

Since Plaintiffs have voluntarily dismissed Defendants Sun Coast Contracting Services, LLC, Integrated Pro Services, LLC, Ranger Contracting, LLC, H&H Trucking, LLC, and AHG Solutions, LLC, and the John Does 1-5 Defendants have not been served, the Court finds that in conjunction with its July 31, 2017, Federal Rule of Civil Procedure 54(b) Final Judgment [370] which dismissed with prejudice Plaintiffs' claims against Defendants Drying Facility Asset Holdings, LLC, Linfield Hunter & Junius, Inc., Federal Emergency Management Agency, the United States Army Corps of Engineers, and Shale Support Services, LLC, and

dismissed without prejudice Plaintiffs' claims against Defendants Advanced Inc. Group, and ELOS Environmental, LLC, this matter is concluded and should be finally closed on its docket. *See* Orders [24] [364] [370], Notices of Voluntary Dismissals [365] [371], and the Amended Complaint [68]. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants Sun Coast Contracting Services, LLC, Integrated Pro Services, LLC, Ranger Contracting, LLC, H&H Trucking, LLC, AHG Solutions, LLC, and John Does 1-5 are **DISMISSED WITHOUT PREJUDICE.**

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this civil action is fully and finally **DISMISSED**.

**SO ORDERED** this the 8th day of August, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE